THE ROBBINS RIPLEY COMPANY, Respondent, v. COMPAGNIE GENERALE TRANS-ATLANTIQUE and Another, Appellants.— Application denied, with ten dollars. costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ADAM NIMPHIUS and Another, Respondents, v. ADOLPH DAVID and Others, Appellants.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ARTHUR R. BRODY, Respondent, v. JUANITA MARTEN, Appellant.— Motion granted and order of May 23, 1924, modified as provided in order.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HENRY E. SCHINZEL, Respondent, v. SCHUMANN SONS JEWELERS, INC., Appellant.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HAMILTON G. STENERSEN, Respondent, v. HAROLD L. JUDD and Others, Appellants.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ARNOLD A. KLINE and Another, Respondents, v. THE MYRIAD PICTURES CORPORATION and Others, Appellants.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LOUIS H. BAHR, Appellant, v. S. H. FEINGOLD, Respondent.— Motion granted, on condition that appellant procure record on appeal and appellant's points to be filed so appeal can be argued on the 30th day of September, 1924.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALFRED E. CARLIER and Others, Respondents, v. LINTEX MANUFACTURING CORPORATION, Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOSEPH RIZZO, Respondent, v. BIARRITZ COMPANY, INC., and Others, Appellants. — Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of EMMA CHAPMAN BUBIER, Deceased.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LIZZIE GORDON, Appellant, v. MAX KRELLMAN, Respondent, Impleaded, etc.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LIZZIE KRELLMAN, Appellant, v. MAX KRELLMAN, Respondent, Impleaded with HERMAN J. GROSSMAN and Another, Appellants.—Motion granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of ALFRED L. BECKER, an Attorney.— Motion for reinstatement granted.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Plaintiff, v. FRANCIS COLETY, as Executor, etc., of CORNELIUS J. CROWLEY, Deceased, Respondent, Impleaded with ANNIE BENNETT, as Executrix, etc., of MARGARET M. FITZGERALD, Deceased, and Administratrix with the Will Annexed of ANN McCORMICK, Deceased, Appellant, and Another, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.